UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS JAMISON, | ) | 1:09-CV-00998 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING PETITION |
| | ) | |
| v. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT AND TERMINATE |
| | ) | CASE |
| WARDEN HAWS, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has returned his consent/decline form indicating consent to Magistrate Judge jurisdiction.

On May 26, 2009, Petitioner filed a petition for writ of habeas corpus in the Sacramento Division of this Court. By order dated June 9, 2009, the matter was transferred to this division since Petitioner challenges a conviction issued by the Madera County Superior Court and Madera County is part of the Fresno Division.

Following a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, on June 30, 2009, the undersigned determined the petition was deficient in that Petitioner had failed to state a cognizable claim pursuant to Rule 2(c) of the Rules Governing

1  Section 2254 Cases. Petitioner was provided a blank habeas petition and granted thirty days to file an
2  amended petition in compliance with Rule 2(c). Over thirty days have passed and Petitioner has
3  failed to comply. Petitioner was forewarned that failure to comply would result in dismissal of his
4  petition and termination of the action.
5      Accordingly, IT IS HEREBY ORDERED:
6      1) The petition for writ of habeas corpus is DISMISSED; and
7      2) The Clerk of Court is DIRECTED to enter judgment and terminate the case.

9   IT IS SO ORDERED.
10     **Dated:**   **August 17, 2009**         /s/ **Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE